James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94107

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN WEAVER and JUDITH WEAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, a corporation, et al.<br><br>Defendants. | Case No. CV-11-3974<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT ELI LILLY AND COMPANY, A CORPORATION TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiffs and Defendant Eli Lilly and Company, a Corporation ("Lilly") stipulate that Lilly's deadline to respond to Plaintiffs' Complaint (filed in San Francisco Superior Court on August 8, 2011 [Case No. CGC-11-513230], and served on Lilly on August 19, 2011) shall be extended by 30 days. Lilly's deadline to respond to Plaintiffs' Complaint is now October 7, 2011.

DATED: Aug 30 2011.

ENGSTROM LIPSCOMB & LACK

By _____
Walter J. Lack
Elizabeth L. Crooke
Attorneys for Plaintiffs

DATED: 8/31/11.

REED SMITH LLP

By _____
James M. Wood
Colleen T. Davies
James M. Neudecker
Attorneys for Defendant
Eli Lilly and Company, a corporation

US_ACTIVE-107135447.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/31/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

- 1 -

Stipulation Extending Time For Defendant Eli Lilly And Company, A Corporation To Respond To Complaint